■ In the Matter of LEO T. KAZUKIEWICZ, Also Known as LEO T. KAZ, Appellant, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Respondents.—Order unanimously affirmed *(see, Matter of Braxton v Mahoney,* 63 NY2d 691). (Appeal from order of

Supreme Court, Erie County, Sedita, J.—Election Law.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ. (Order entered Aug. 24, 1989.)